| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **GUARDIAN CV1, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-0739547** |

| 4. | Debtor's address | **Principal place of business**<br><br>**5905 S. VIRIGINIA STREET**<br>**SUITE 201**<br>**RENO, NV 89502**<br>Number, Street, City, State & ZIP Code<br><br>**WASHOE**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**ALABAMA, MISSOURI, OHIO**<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  **GUARDIAN CV1, LLC**_____  Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **GUARDIAN CV1, LLC**                                                Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                  Relationship
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 3

Debtor **GUARDIAN CV1, LLC**  
  Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **GUARDIAN CV1, LLC**  Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 14, 2023**
MM / DD / YYYY

X  **/s/ AARON M. NOE, President, El Monte Capital, Inc., Manager**
Signature of authorized representative of debtor

**AARON M. NOE, President, El Monte Capital, Inc., Manager**
Printed name

Title  **Guardian Fund, LLC, Managing Member**

**18. Signature of attorney**

X  **/s/ NORMA GUARIGLIA**
Signature of attorney for debtor

Date  **December 14, 2023**
MM / DD / YYYY

**NORMA GUARIGLIA**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**850 E. PATRIOT BLVD.
SUITE F
Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone  **775-786-7600**   Email address  **norma@harrislawreno.com**

**16244 NV**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

Debtor **GUARDIAN CV1, LLC**  
      Name

Case number (*if known*) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (*if known*) _____   Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor   | **GUARDIAN CV2, LLC** |        |            | Relationship to you    | **COMMON PARENT** |
|----------|-----------------------|--------|------------|------------------------|-------------------|
| District | **NEVADA**            | When   | **12/14/23** | Case number, if known |                   |
| Debtor   | **GUARDIAN FUND, LLC**|        |            | Relationship to you    | **PARENT**        |
| District | **NEVADA**            | When   | **3/17/23**  | Case number, if known | **23-50177-hlb**  |

STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
HARRIS LAW PRACTICE LLC
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

GUARDIAN CV1, LLC,

Debtor.

Case No.:
(Chapter 11)

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

Hearing Date:  N/A
Hearing Time:

    Aaron Noe, President of El Monte Capital, Inc., Manager of GUARDIAN FUND, LLC, a Nevada limited liability company, the Managing Member of GUARDIAN CV1, LLC, a Delaware limited liability company, declare under penalty of perjury that El Monte Capital, Inc. is the sole manager of GUARDIAN FUND, LLC, which is the 100% member and manager of GUARDIAN CV1, LLC, and I am authorized to file a voluntary petition commencing a chapter 11 reorganization bankruptcy case on behalf of GUARDIAN CV1, LLC.

    Furthermore, I am authorized to sign all documents on behalf of GUARDIAN CV1, LLC with respect to this Chapter 11 bankruptcy filing. Finally, GUARDIAN CV1, LLC, is hereby authorized to retain the law firm of Harris Law Practice LLC, as its general bankruptcy counsel in this matter.

    DATED December 14, 2023.

_____
AARON NOE, President, El Monte Capital, Inc., Manager of Guardian Fund, LLC, Managing Member of Guardian CV1, LLC

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GUARDIAN CV1, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 14, 2023**   X **/s/ AARON M. NOE, President, El Monte Capital, Inc., Manager**
Signature of individual signing on behalf of debtor

**AARON M. NOE, President, El Monte Capital, Inc., Manager**
Printed name

**Guardian Fund, LLC, Managing Member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | GUARDIAN CV1, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 B RESIDENTIAL, INC. 5905 S. VIRGINIA STREET SUITE 201 RENO, NV 89502 | | PROPERTY MANAGEMENT SERVICES | | | | $14,378.81 |
| CITY OF CLEVELAND DIVISION OF WATER 1201 LAKESIDE AVENUE CLEVELAND, OH 44114 | | PROPERTY WATER SERVICES | | | | $917.28 |
| CITY OF FERGUSON 110 CHURCH STREET FERGUSON, MO 63135 | | CIVIL FINE AND EXPENSE REIMBURSEMENT | | | | $1,564.00 |
| COLLECTOR OF REVENUE CITY OF ST. LOUIS 1200 MARKET, ROOM 110 SAINT LOUIS, MO 63103 | | REAL PROPERTY TAX ASSESSMENTS | | Unknown | Unknown | Unknown |
| EVERNEST PROPERTY MANAGEMENT 1211 E. LINCOLN, SUITE 200 ROYAL OAK, MI 48067 | | PROPERTY MANAGEMENT SERVICES | | | | $18,500.00 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **GUARDIAN CV1, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LP INSURANCE SERVICES**<br>6680 PARKLAND BLVD.<br>SOLON, OH 44139-0638 | | **PROPERTY INSURANCE** | | | | $8,492.18 |
| **METROPOLITAN SAINT LOUIS SEWER DISTRICT**<br>P.O. BOX 437<br>SAINT LOUIS, MO 63166 | | **PROPERTY SEWER SERVICES** | | | | $9,822.45 |
| **MISSOURI AMERICAN WATER**<br>P.O. BOX 6029<br>CAROL STREAM, IL 60197-6029 | | **PROPERTY WATER SERVICES** | | | | $140.68 |
| **ZVN PROPERTIES INC.**<br>957 CHERRY STREET E.<br>CANAL FULTON, OH 44614 | | **PROPERTY MANAGEMENT SERVICES** | | | | $10,768.33 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re  **GUARDIAN CV1, LLC**                                                                 Case No.
                                    Debtor(s)                                                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **ACTUAL FEES/COSTS** |
   | Prior to the filing of this statement I have received | $ **1738.00** |
   | Balance Due | $ **UNKNOWN** |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors, miscellaneous motion practice.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 14, 2023** | **/s/ NORMA GUARIGLIA** |
| *Date* | **NORMA GUARIGLIA** |
| | *Signature of Attorney* |
| | **HARRIS LAW PRACTICE LLC** |
| | **850 E. PATRIOT BLVD.** |
| | **SUITE F** |
| | **Reno, NV 89511** |
| | **775-786-7600  Fax: 775-786-7764** |
| | **norma@harrislawreno.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of Nevada

In re  **GUARDIAN CV1, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GUARDIAN FUND, LLC**<br>**5905 S. VIRGINIA STREET**<br>**SUITE 201**<br>**RENO, NV 89502** | **MANAGING** | **100 PERCENT** | **MEMBER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Guardian Fund, LLC, Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 14, 2023**

Signature  **/s/ AARON M. NOE, President, El Monte Capital, Inc., Manager**  
**AARON M. NOE, President, El Monte Capital, Inc., Manager**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Nevada**

In re  **GUARDIAN CV1, LLC**                                                              Case No.
                                                    Debtor(s)                             Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Guardian Fund, LLC, Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 14, 2023**                    **/s/ AARON M. NOE, President, El Monte Capital, Inc., Manager**
                                                **AARON M. NOE, President, El Monte Capital, Inc.,**
                                                **Manager**/**Guardian Fund, LLC, Managing Member**
                                                Signer/Title

```
GUARDIAN CV1, LLC
5905 S. VIRIGINIA STREET
SUITE 201
RENO, NV 89502

NORMA GUARIGLIA
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

12 B RESIDENTIAL, INC.
5905 S. VIRGINIA STREET
SUITE 201
RENO, NV 89502

CITY OF CLEVELAND DIVISION OF WATER
1201 LAKESIDE AVENUE
CLEVELAND, OH 44114

CITY OF FERGUSON
110 CHURCH STREET
FERGUSON, MO 63135

COLLECTOR OF REVENUE CITY OF ST. LOUIS
1200 MARKET, ROOM 110
SAINT LOUIS, MO 63103

COUNTY OF SAINT LOUIS REVENUE
41 SOUTH CENTRAL
SAINT LOUIS, MO 63105
```

```
EVERNEST PROPERTY MANAGEMENT
1211 E. LINCOLN, SUITE 200
ROYAL OAK, MI 48067

GUARDIAN FUND, LLC
5905 S. VIRGINIA STREET
SUITE 201
RENO, NV 89502

JEFFERSON COUNTY TAX COLLECTOR
716 RICHARD ARLINGTON JR. BLVD. N
BIRMINGHAM, AL 35203

LP INSURANCE SERVICES
6680 PARKLAND BLVD.
SOLON, OH 44139-0638

METROPOLITAN SAINT LOUIS SEWER DISTRICT
P.O. BOX 437
SAINT LOUIS, MO 63166

MISSOURI AMERICAN WATER
P.O. BOX 6029
CAROL STREAM, IL 60197-6029

SNELL & WILMER L.L.P.
C/O ROBERT KINAS, ESQ.
3883 HOWARD HUGHES PKWY
SUITE 1100
LAS VEGAS, NV 89169

WILMINGTON TRUST, NATIONAL ASSOC., TTEE
SITUS AMC C/O JACK JACOB
2 EMBARCADERO CENTER
8TH FLOOR
SAN FRANCISCO, CA 94111

ZVN PROPERTIES INC.
957 CHERRY STREET E.
CANAL FULTON, OH 44614
```

# United States Bankruptcy Court
## District of Nevada

In re **GUARDIAN CV1, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GUARDIAN CV1, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**GUARDIAN FUND, LLC**  
**5905 S. VIRGINIA STREET**  
**SUITE 201**  
**RENO, NV 89502**

☐ None [*Check if applicable*]

**December 14, 2023**  
Date

**/s/ NORMA GUARIGLIA**  
**NORMA GUARIGLIA**  
Signature of Attorney or Litigant  
Counsel for **GUARDIAN CV1, LLC**  
**HARRIS LAW PRACTICE LLC**  
**850 E. PATRIOT BLVD.**  
**SUITE F**  
**Reno, NV 89511**  
**775-786-7600 Fax:775-786-7764**  
**norma@harrislawreno.com**